IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHUA ZOU,<br><br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO,<br><br>    Defendant. | No. C 09-03115 CRB<br><br>**ORDER DISMISSING CASE** |

The Court is in receipt of a Motion to Dismiss filed by Plaintiff Suhua Zou. Plaintiff asks the Court to dismiss her case with prejudice because "the relief sought in Plaintiff's petition has been received." The Court hereby DISMISSES Plaintiff's case with prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3115\order dismissing case.wpd